BROWN v. MISSOURI, KANSAS & TEXAS RAILWAY CO., *Appellant.*

**Railroad**: AGENCY. No recovery can be had against a railroad company for drugs furnished to a person who has been hurt by the company's locomotive, on the order of a division superintendent of the road, without proof that he was authorized to give the order. The courts cannot take judicial notice of the duties of such an officer.

*Appeal from Hannibal Court of Common Pleas.*—HON. JOHN T. REDD, Judge.

*John Montgomery, Jr.,* for appellant, cited *Tucker v. St. L. K. C. & N. Rwy.,* 54 Mo. 181; *Stephenson v. N. Y. & H. Rwy.,* 2 Duer 341; *Cox v. Midland Counties Rwy.,* 3 Exch. 268; Pierce on R. R. Law, 373.

NAPTON, J.—This was a suit originating in a justice's court for a small bill of drugs furnished a woman who had

been hurt by the locomotive or cars of defendant, and alleged to have been furnished at the request of defendant. The order to the druggist was given by Mr. Town, superintendent of the division of the road from Hannibal to Sedalia. No proof was offered as to the duties of such officer, and the courts cannot take judicial notice of them. The judgment for the plaintiff must be reversed, and the cause remanded. The other judges concur.

REVERSED.